# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **DAVID M. ORTLEY,** <br><br> **Defendant.** | **VIOLATION: 6027089** <br> **Location Code: M13** <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the initial appearance in the above captioned matter, currently scheduled for August 12, 2016, is VACATED.

IT IS FURTHER ORDERED that the above violation citation is DISMISSED.

DATED this 8th day of August, 2016.

_____
John Johnston
United States Magistrate Judge